DEMETRIUS J. VLASTO, Appellant, v. THE NATIONAL CITY BANK OF NEW YORK, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

YERVANT BAJAKIAN, Appellant, v. ST. NICHAN REALTY CORPORATION, Respondent.— Determination unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

EDWIN M. RIPIN, by MORTIMER M. RIPIN, His Guardian ad Litem, Respondent, v. JACQUES S. COHEN and Others, Appellants. RICHARD L. RIPIN, by MORTIMER M. RIPIN, His Guardian ad Litem, Respondent, v. JACQUES S. COHEN and Others, Appellants.— Orders unanimously reversed, with twenty dollars costs and disbursements, and the motions denied. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

DAVID SCHNALL and AARON SCHNALL, Appellants, v. VOGUE STYLISTS, INC., Respondent.— Orders, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

CATHERINE FINN and WILLIAM P. FINN, Respondents, v. JOHN ROBERT Co., INC., and JOHANNA LUTTINGER, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

MICHAEL J. McMAHON, Appellant, v. LAWRENCE J. RICE and Others, Respondents, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of Proceedings Supplementary to Judgment: LOUIS KNECHT, Judgment Creditor, Respondent, v. MAX J. BIRKMAIR, Judgment Debtor, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

BERTH LEVI & Co., INC., Plaintiff, v. HENRY H. BUEL, Doing Business under the Trade Name and Style of EASTERN MOTOR DISPATCH, Respondent. PEARL ASSURANCE COMPANY, LIMITED, Defendant, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. (See Nichols v. Clark, McMullen & Riley, 261 N. Y. 118.) Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

SARAH HONTI, Otherwise Known as SARAH A. KELCHNER, Respondent, v. CALIFORNIA PACKING CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The bill of particulars to be served within ten days after service of order. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.